IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SELECTIVE WAY INSURANCE           :     CIVIL ACTION
COMPANY                           :
                                  :
        v.                        :
                                  :
TRAVELERS PROPERTY CASUALTY        :
COMPANY OF AMERICA                :     NO. 09-1670


ORDER


          AND NOW, this 8th day of July, 2010, upon consideration
of the parties' cross-motions for summary judgment (Docket Nos.
21 & 23), the parties' opposition briefs, and their briefs in
reply thereto, the plaintiff's motion for leave to file a
surreply (Docket No. 33), oral argument on the parties' motions,
supplemental briefing by the parties, and for the reasons stated
in a memorandum of law bearing today's date, IT IS HEREBY ORDERED
that:

          1.    The defendant's motion for summary judgment
(Docket No. 23) is GRANTED.

          2.    The plaintiff's motion for summary judgment
(Docket No. 21) is DENIED.

          3.    The plaintiff's motion for leave to file a
surreply (Docket No. 33) is DENIED AS MOOT.

          4.    Judgement is hereby entered for the defendant and

against the plaintiff.  This case is CLOSED.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.